TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00040-CR







Kenneth Knotts, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT


NO. D-1-DC-09-204541, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel is ordered to tender a brief in this cause no later than August 19, 2010. 

It is ordered July 22, 2010. 


Before Chief Justice Jones, Justices Puryear and Pemberton

Do Not Publish